**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :  No. 229 WAL 2022
                                      :
          Respondent           :
                                        :  Petition for Allowance of Appeal
                                        :  from the Order of the Superior Court
          v.                  :
                                        :
                                      :
CHRISTOPHER WATTS, JR.,         :
                                      :
          Petitioner            :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 4th day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.